UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABDULLAH EKRIEM,

    Petitioner,

v.

JEFFERSON SESSIONS, et al.,

    Respondents.

CASE NO. C18-0719-JLR-MAT

REPORT AND RECOMMENDATION

The parties have filed a stipulated motion for dismissal of this 28 U.S.C. § 2241 immigration habeas action. Dkt. 13. The parties agree the matter is moot because petitioner has been released from immigration detention. Accordingly, the Court recommends that the parties' stipulated motion be GRANTED and this action be DISMISSED with prejudice and without costs or fees to either party. A proposed order accompanies this Report and Recommendation.

The Clerk shall note this matter is immediately ready for the consideration of the Honorable James L. Robart.

DATED this <u>18th</u> day of September, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 1